# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Midwest Veneer & Pressing, Inc., a Minnesota corporation, | Case No. 06-CV-749 MJD/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| Granger Construction Company, a Michigan corporation, | |
| Defendant. | |

---

## ORDER

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the venue of the above action may be, and hereby is, transferred to the United States District Court for the Western District of Michigan, without costs or disbursements to any party.

Dated:  June 27, 2006           BY THE COURT:

                                s / Michael J. Davis
                                Michael J. Davis, Judge
                                United States District Court